IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Abdullah, Kenneth S | Case Number: 04 B 13313 |
|---|---|---|
| | Abdullah, Tammie T | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 4/5/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 6, 2008
Confirmed: May 24, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 22,754.63 | |
| Secured: | | 18,083.75 |
| Unsecured: | | 1,026.55 |
| Priority: | | 0.00 |
| Administrative: | | 2,475.00 |
| Trustee Fee: | | 1,169.33 |
| Other Funds: | | 0.00 |
| Totals: | 22,754.63 | 22,754.63 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Schottler & Zukosky | Administrative | 2,475.00 | 2,475.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | WFS Financial | Secured | 11,608.77 | 11,608.77 |
| 5. | CitiMortgage Inc | Secured | 8,643.86 | 6,474.98 |
| 6. | Monterey Financial Services | Unsecured | 49.08 | 49.08 |
| 7. | Peoples Energy Corp | Unsecured | 134.06 | 0.00 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 80.00 | 80.00 |
| 9. | ECast Settlement Corp | Unsecured | 45.55 | 45.55 |
| 10. | WFS Financial | Unsecured | 405.28 | 405.28 |
| 11. | Cavalry Portfolio Services | Unsecured | 343.22 | 343.22 |
| 12. | ECast Settlement Corp | Unsecured | 103.42 | 103.42 |
| 13. | Schottler & Zukosky | Priority | | No Claim Filed |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | American General Finance | Unsecured | | No Claim Filed |
| 16. | SBC | Unsecured | | No Claim Filed |
| 17. | Best Buy | Unsecured | | No Claim Filed |
| 18. | William H Barrows MD | Unsecured | | No Claim Filed |
| 19. | Christ Hospital | Unsecured | | No Claim Filed |
| 20. | Oak Lawn Radiologists SC | Unsecured | | No Claim Filed |
| 21. | Holy Cross Hospital | Unsecured | | No Claim Filed |
| 22. | Medical Collections | Unsecured | | No Claim Filed |
| 23. | Midwest Orthopaedics | Unsecured | | No Claim Filed |
| 24. | Thorek Hospital | Unsecured | | No Claim Filed |
| 25. | Southwest Dental Center Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Abdullah, Kenneth S | Case Number: 04 B 13313 |
|---|---|---|
| | Abdullah, Tammie T | Judge: Hollis, Pamela S |
| | Printed: 6/10/08 | Filed: 4/5/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Oak Lawn Fire Department | Unsecured | | No Claim Filed |
| 27. | Midwest Physician Group | Unsecured | | No Claim Filed |
| 28. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 29. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 30. | Wal Mart Stores | Unsecured | | No Claim Filed |
| 31. | Wolpoff & Abramson | Unsecured | | No Claim Filed |

$ 23,888.24        $ 21,585.30

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 82.80 |
| 6.5% | 245.31 |
| 3% | 43.28 |
| 5.5% | 238.10 |
| 5% | 72.15 |
| 4.8% | 143.85 |
| 5.4% | 343.84 |

$ 1,169.33

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

